**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**RALPH WARREN GOLDEN,**

            **Petitioner,**

**v.**                                               **Case No.  1:18cv245-MW/GRJ**

**SECRETARY, FLA. DEPT.
OF CORRECTIONS,**

            **Respondent.**

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 5.   Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, construed as a petition pursuant to 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED** for lack of jurisdiction. **The Clerk is directed** to send Petitioner the necessary forms to seek authorization from the Court of Appeals to file a second or successive petition."  The Clerk shall close the file.

**SO ORDERED on January 11, 2019.**

                              **s/Mark E. Walker_____
                              Chief United States District Judge**